FILED
2014 DEC 15 PM 2 29
U.S. DISTRICT COURT
NEW HAVEN, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**COMPLAINT FORM**

William Brandon Shanley
_____
Full name(s) of Plaintiff(s)
(Do not use et al.)

v.

Case No. 3:14-cv-1881-JAM
(To be supplied by the Court)

R. Scudder Smith, Publisher
Curtiss Clark, Editor
Shannon Hicks/AKA JANE DOE
The Bee, Inc.
The Associated Press, Inc.
Gary Pruitt, Pres/CEO AP, Inc.
_____
Full names of Defendant(s)
(Do not use et al.)

**A. PARTIES**

1. William Brandon Shanley is a citizen of Connecticut who
   (Plaintiff)                          (State)
presently resides at 43 Bank Street #6, New London 06320.
                    (mailing address)

2. Defendant R. Scudder Smith is a citizen of Connecticut
           (name of first defendant)              (State)
whose address is 5 Church Road, Newtown 06470.

A. PARTIES:

William Brandon Shanley
43 Bank Street #8
New London, CT 06320

R. Scudder Smith, Publisher
Curtiss Clark, Editor
Shannon Hicks/AKA JANE DOE, Asst. Assoc. Editor
The Bee, Inc.
5 Church Hill Road
Newtown, CT 06470

Gary Pruitt, President & CEO
Associated Press, Inc.
450 W 33rd St Fl 16
New York, NY, 10001

Arthur Ochs Sulzberger, Jr., Publisher
The New York Times Company
242 West 41st **Street** New York, NY 10036

Andrew Julien, Publisher
The Hartford Courant
Tribune Media Company
435 N Michigan Ave
Chicago, IL, 60611 United States

3. Defendant **Curtiss Clark** is a citizen of **Connecticut**
(name of second defendant) (State)

whose address is **4 Church Road, Newtown 06470**

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**
The jurisdiction of this court is invoked pursuant to: (list statute(s))
18 U.S. Code § 1038, 18 U.S. Code § 1029, 18 U.S. Code § 2339C,

18 U.S. Code § 2333

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

Request for Declaratory Relief

Defendants have published the photograph, Exhibit A, and stated that it was taken at 10:09 a.m. on December 14, 2012, and that it shows an evacuation of the Sandy Hook Elementary School.

Plaintiff has discovered a wider view of children being staged for photos during a drill, Exhibit B, proving that Shannon Hicks is lying about Exhibit A, and we see that Exhibit A is exposed as not being a news actuality at all.

Exhibit C: A folder containing a sampling of AP-affiliated newspaper front pages from around the world that published this staged photo.

Exhibit D - Sandy Hook Mass Evacuation video. Dash Cam from 3 cameras on 3 CT State Police cars at Sandy Hook School on 12-14-2012, further evidence of no emergency and the lunacy of this criminal conspiracy to terrorize humankind.

Exhibit E: Dr. Fetzer article with Hicks - Shanley email claiming she took both photos, Exhibit A and Exhibit B:
http://www.veteranstoday.com/2014/07/24/shannon-hicks-denies-staging-her-fake-iconic-sandy-hook-photograph/

2

**D. CAUSE OF ACTION**

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: That the criminal conspiracy that published this fake photograph were among the perpetrators of an act of terrorism against me, the People of the United States and the World called "The Sandy Hook Massacre." Punitive damages $5bn.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Exhibit F: Shannon Hicks' account of events in TIME Magazine:
http://time.com/3449876/the-story-behind-the-iconic-photograph-from-sandy-hook/

Jim Fetzer, Ph.D. has published stories disputing the Defendants' account in Veteran's Today:

Exhibit G:
http://www.veteranstoday.com/2014/12/14/the-sandy-hook-hoax-how-we-know-it-didnt-happen/

Exhibit H:
http://www.veteranstoday.com/2014/12/08/sandy-hook-the-bomb-that-didnt-smoke-lounging-at-the-massacre/

Exhibit I:
http://www.veteranstoday.com/2014/07/22/the-sandy-hook-smoking-gun-game-set-m

Claim II: That said Defendants have been actively involved in cover-up of said crimes against me, the People of the United States and the World which continues to this date. Punitive damages $5,000,000,000.00 (billion usd)

Supporting Facts:

3

Claim I (cont'd):

And this good news from writer Preston James!

Exhibit J: http://www.veteranstoday.com/2014/11/18/finally-some-really-good-news/

The Defendants continue to perpetrate their hoax even after the Plaintiff has notified the President of the United States and copied the Bee, the Courant, The New York Times, Exhibits K-M

Exhibit N: The Hartford Courant:
http://www.courant.com/news/connecticut/hc-newtown-weapons-editorial-1214-20141214-story.html (Accessed 12/15/14)

Exhibit O: The Newtown Bee 12/15/2014

### E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   ____Yes _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   b. Name and location of court and docket number n_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

   d. Issues raised: _____

4.

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____
_____
_____
_____
_____

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

Plaintiff requests a declaration that a) the photograph, Exhibit A, be declared to be a staged photograph, b) that the photograph, Exhibit A, be declared to have been taken at a different time than the Defendants publicly stated it was, and c) that the Defendants published the photograph with captions knowing that it misrepresented the facts.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes _____ No  X

5

| Original signature of attorney (if any) | Plaintiff's Original Signature |
|---|---|
| William Brandon Shanley, 43 Bank St | William Brandon Shanley, 43 Bank Str |
| Printed Name | Printed Name |

| ( ) | ( ) 860-857-2042 |
|---|---|
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| William Brandon Shanley, 43 Bank Street # | William Brandon Shanley, 43 Bank Street # |
| Email address if available | Email address if available |

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ (location) on  12-15-14  (date)

_____
Plaintiff's Original Signature

(Rev.9/22/09)

6