# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2014 DEC 15 PM 2 29
U.S. DISTRICT COURT
NEW _____, CT.

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

William Brandon Shanley,
Plaintiff(s),

The Bee Publishing, Inc.
R. Scudder Smith, Publisher
Curtiss Clark, editor
Shannon Hicks, Asst. Assoc. editor
Defendant(s).
Associated Press, Inc
Hartford Courant, Inc.
Andrew Julien, mng editor, Sulzberger
The New York Times, Arthur at publisher

Case No. 3:14CV-1881-JAM

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) ☒ I am unable to pay such fees, costs, or give security therefor.
(2) ☒ I am entitled to commence this action against the defendant(s).
(3) ☒ I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

WILLIAM BRANDON SHANLEY
Name (print or type)

43 Bank Street #8
Street Address

New London, CT 06320
City          State          Zip Code

(860) 857-2042
Telephone Number

Rev.11/4/13

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

William Brandon Shanley
_____
Plaintiff(s),

v.

The Bee Publishing, R. Sawler Smith,   Case No. _____
Hartford Courant, Curtiss Clarke,
Associated Press, Shannon Hicks,
The New York Times, Andrew Julien
_____
Defendant(s).

I declare that:

(1) ✓ I am unable to pay such fees, costs, or give security therefor.

(2) ✓ I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _X_   Married ___   Separated ___   Divorced ___
If separated or divorced, are you paying any support or any form of maintenance?
Yes ___   No _X_
Dependents: Wife ___  Children # ___  Others # ___
and relationship _____N/A_____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____  Age _____
Name _____n/a_____  Age _____
Name _____  Age _____

**RESIDENCE**
Street Address: 43 Bank Street #8
City: New London   State: CT   06320

Rev.11/4/13

2

Zip Code: __06320__   Telephone: __860-857-2042__

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 12
College   1 (2) 3 4   Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: __Recovering from a long illness - retired already__
Address of employer: _____
How long employed by present employer: _____
Gross Income before taxes or other deductions:
   Monthly __$746__   Weekly _____

If <u>self-employed</u> state gross weekly wages before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __15th__ day of __December 2001__
The name of my last employer: __CNN__
Address: __1 CNN Center Atlanta, GA 30303__
Telephone #: (_____)
Last salary or wages received (gross amount before taxes and deductions): _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Gross Income before taxes and deductions:
   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____
I am receiving $__746__ monthly _____ weekly _____

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No __No__

Rev.11/4/13

3

If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile:  Make ____No____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: __No__
Names and addresses of banks and associations: _____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____
__No__

**OBLIGATIONS:**
Monthly rental on house or apartment:            $ 555
Monthly mortgage payment on house:               $
Gas bill per month:                              $ —
Electric bill per month:                         $ 750
Phone bill per month:                            $
Car payments per month:                          $ —
Car insurance payments per month:                $ —
Other types of insurance payments per month      $ —
Monthly payments to retail merchants:            $ —
   Please list: Frontier Communications          $ 43.00
   Please list: Assurance Wireless               $ 10.00
Total Monthly payments on any other outstanding
loans or debts:                                  $
   Please list: Personal                         $ Sonia Poveli  50.
   Please list: Personal                         $ Kathy Trebsy  25.

Rev.11/4/13

4

Any money owed to doctors, hospitals, lawyers
   Please list:_____ $_____
   Please list:_____ $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement:   $_____
Estimated monthly expenditure on food:      $_____
Estimated monthly expenditure on clothing:   $_____

Total amount of monthly obligations:         $ 615.—

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____William B. Shmeley Supplemental Needs Trust_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

|   | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Date: 12-15-14         _____[signature]_____
                                 Original Signature of Affiant

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12-15-14       _____[signature]_____
                             Original Signature of Affiant

Rev.11/4/13