UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_William Branson Shanley_, Plaintiff

v.

_A. Panties (A Hacker)_, Defendant

Case No. _3:14-CV-1881 JAM_
[Put case number here]

FILED
2014 DEC 15 PM 2 29
U.S. DISTRICT COURT
NEW ... , CT.

## MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a pro se litigant, and I hereby request permission to file electronic documents. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for pro se litigants before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files.

_William Branson Shanley_
Name of Pro Se Litigant

_43 Bank St #5_
Street Address

_New London, CT 06320_         _860-857-2042_
City, State, Zip Code            Telephone

_WBS2012@zoho.com_
Email Address

_12/15/14_                       _[signature]_
Date                             Signature

Rev. 6/21/10

## Certificate of Service

I hereby certify that on  12-15-14  [date], a copy of the foregoing "Motion by Pro Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

**[insert name and address of every person served].**

_____
Signature of Pro Se Litigant

A. PARTIES:

William Brandon Shanley
43 Bank Street #8
New London, CT 06320

R. Scudder Smith, Publisher
Curtiss Clark, Editor
Shannon Hicks/AKA JANE DOE, Asst. Assoc. Editor
The Bee, Inc.
5 Church Hill Road
Newtown, CT 06470

Gary Pruitt, President & CEO
Associated Press, Inc.
450 W 33rd St Fl 16
New York, NY, 10001

Arthur Ochs Sulzberger, Jr., Publisher
The New York Times Company
242 West 41st **Street** New York, NY 10036

Andrew Julien, Publisher
The Hartford Courant
Tribune Media Company
435 N Michigan Ave
Chicago, IL, 60611 United States